

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

September 13, 2011

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

Lydia M.V. Brandt
The Brandt Law Firm
P.O. Box 850843
Richardson, Texas 75085-0843

Re:    Compliance with Miscellaneous Rule 08-101 (superceded by Rule 11-003)
John Lezell Balentine
CCA Writ Nos. WR-54,071-01 and WR-54,071-03

Dear Ms. Brandt:

This letter is to inform you of the Court of Criminal Appeals decision regarding your violation of its Miscellaneous Rule 08-101. Your client, John Lezell Balentine, was scheduled for execution on June 15, 2011. On the morning of the day of the execution, you filed a pleading with this Court requesting that it reopen the first habeas proceedings in Balentine's case and stay his execution. Because this pleading was filed within the forty-eight hours preceding the scheduled execution, it was untimely under Rule 08-101. In an effort to show good cause and to explain the reason for the delay in filing the pleading, you filed a very short statement in which you essentially said only that you could not have filed the pleading earlier because you were preparing other pleadings.

Because of the clear violation of the rule and the brevity of the explanation offered for its violation, among other things, the Court decided that it needed to hear from you in person before deciding whether to issue sanctions. Thus, you were ordered to appear before this Court at 9:00 a.m. on September 14, 2011. In a subsequent statement concerning the untimely filing, which this Court received on September 8, 2011, you provided this Court with a much more thorough explanation of the reasons for and the circumstances surrounding the untimely filing. Based upon this latter filing, the Court has determined that you will not need to appear on September 14, 2011, and no sanctions will issue for the rule violation. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

Sian R. Schilhab
General Counsel